IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
JUL 25 2016
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| United States Of America,<br><br>   Plaintiff,<br>-v-<br><br>Mike Dougherty,<br><br>   Defendant. | Violation No. 6023739 & 6023740 |

### Entry of Appearance

Comes now, Charles F. Pelkey of Neubauer, Pelkey and Goldfinger LLP and enters his appearance on behalf of defendant Mike Dougherty, for all purposes in the above captioned matter.

Dated:  Laramie, Wyoming
July 22, 2016

By: _____
Charles F. Pelkey, WSB No. 7-4612
Neubauer, Pelkey and Goldfinger LLP
*Attorney for Defendant*
311 South 4th Street
Laramie, WY 82070
t: 307-745-3031

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 22, 2016 the foregoing instrument was mailed to the Office of the U.S. Attorney at PO Box 703, Yellowstone NP, WY 82190.

By: _____
Charles F. Pelkey